IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-01615-BWB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

AUG 15 2006

C. LANGHAM
CLERK

ELMER FIMBRES #0610481,

  Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,
ATTORNEY GENERAL ALBERTO GONZALES,
ARAPAHOE COUNTY BOARD OF COUNTY COMMISSIONERS,
SUSAN BECKMAN,
FRANK WEDDIG,
MAYOR OF CENTENNIAL RANDY PYE,
CORRECTIONAL HEALTHCARE MANAGEMENT,
DR. SCHLEGEL,
DR. SOLIS,
NURSE LAUREN IVERSON,
NURSE MARY DAVELOU,
NURSE EFRAIN,
NURSE TIM GOSS, R.N.,
ELAIN MEYERS, H.S.A., R.N. AND COMPLETE MEDICAL STAFF 1-100.
DEPARTMENT OF HEALTH AND HUMAN SERVICES,
SURGEON GENERAL RICHARD M. CARMONA,
COLORADO STATE BOARD OF MEDICAL EXAMINERS SUSAN MILLER,
COLORADO STATE BOARD OF NURSING,
COLORADO STATE BOARD OF PHARMACY,
DEPT. OF REGULATORY AGENCIES,
TAMBOR WILLIAMS EXECUTIVE DIRECTOR,
DIVISION OF REGISTRATIONS ROSEMARY MCCOOL,
CENTERS FOR DISEASE CONTROL AND PREVENTION,
JULIE LOUISE GERBERDING,
SECRETARY OF HEATH [sic] AND HUMAN SERVICES MICHAEL A. LEAVITT,
OFFICE OF NATIONAL DRUG CONTROL POLICY,
JOHN P. WALTERS,
ARAMARK FOOD SERVICE,
MAURICE WOMAK,
EDDIE FILMORE,
JANE STUDDISH,

ARAPAHOE COUNTY DETENTION FACILITY,
SHERRIFF [sic] J. GRAYSON ROBINSON,
CHIEF LAUDERDALE,
LT. HARTMAN,
LT. MANOS,
DS FINGER,
D/S JAMES,
D/S SEXTON,
D/S HOUSER,
SGT. WISCOMB,
D/S THOMAS,
D/S FREEMAN,
D/S TRUJILLO,
SGT. GROSKRUGER,
D/S CARLE,
CAPTAIN BAY,
TWIN CITIES SECURITY COMPANY,
LT. WICKSTROM,
LAW LIBRARY SHEILA CLARK,
MS. FRANCAIS,
MS. BRITTANY, and
ALL THE ABOVE INDIVIDUALS IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES
    AND UNKNOWN INDIVIDUALS NOT LISTED WHO ARE CURRENTLY
    UNKNOWN,

    Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   ___    is not submitted
(2)   ___    is missing affidavit
(3)   _X_    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___    is missing required financial information
(5)   ___    is missing an original signature by the prisoner
(6)   ___    is not on proper form (must use the court's current form)
(7)   ___    names in caption do not match names in caption of complaint, petition or habeas application
(8)   ___    An original and a copy have not been received by the court. Only an original has been received.
(9)   ___    other _____

**Complaint, Petition or Application:**
(10)  _X_   is not submitted
(11)  ___   is not on proper form (must use the court's current form)
(12)  ___   is missing an original signature by the prisoner
(13)  ___   is missing page nos. ___
(14)  ___   uses et al. instead of listing all parties in caption
(15)  ___   An original and a copy have not been received by the court. Only an original has been received.
(16)  ___   Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)  ___   names in caption do not match names in text
(18)  ___   other _____

Accordingly, it is

    ORDERED that the clerk of the court commence a civil action in this matter. It is

    FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

    FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

    FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order,** the action will be

dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this __14th__ day of __August__, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06-CV-01615**-BNB

Elmer Fimbres
Prisoner No. 0610481
Arapahoe County Det. Facility
PO Box 4918
Centennial, CO 80155-4918

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on 8-15-06

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk